| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 10/10/06 | 10/12/2006  0900 HOURS | COMPASS BANK, FAXED COPY TO MARK A. TREADWELL AT (256)825-5667 ON 10/17/06 |

**INVENTORY MADE IN THE PRESENCE OF**

MONA M. GEORGE & DAVID WIZOREK

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

$4,685.38 IN U.S. CURRENCY (CONVERTED TO COMPASS BANK OFFICIAL CHECK NUMBER 10746608) - CONVERTED ON 10/16/06

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature] Vanzetta Penn McPherson_    10/26/06

U.S. Judge or Magistrate    Date

RETURNED AND FILED

OCT 2 6 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.