IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEIZURE OF: | ) ) ) | |
| CONTENTS OF COMPASS BANK ACCOUNT NUMBER 87330605 IN THE NAME OF RAPID DRYWALL SUBCONTRACTORS, INC.; | ) ) ) ) ) | Misc No. 2:06mj109-CSC |
| CONTENTS OF COMPASS BANK ACCOUNT NUMBER 26555744 IN THE NAME OF OCTAVIO TREJO PATINO AND RONDA BAIRD; | ) ) ) ) ) | Misc No. 2:06mj110-CSC |
| CONTENTS OF COMPASS BANK ACCOUNT NUMBER 28071124 IN THE NAME OF BARBARA S. HAYNES AND RONDA BAIRD; | ) ) ) ) ) | Misc No. 2:06mj111-CSC |
| CONTENTS OF COMPASS BANK ACCOUNT NUMBER 22141694 IN THE NAME OF RONDA S. BAIRD; | ) ) ) ) | Misc No. 2:06mj112-CSC |
| CONTENTS OF COMPASS BANK ACCOUNT NUMBER 16107174 IN THE NAME OF CHRE' SHAWNTAE HOUSTON, RONDA BAIRD CUSTODIAN; | ) ) ) ) ) ) | Misc No. 2:06mj113-CSC |
| CONTENTS OF COMPASS BANK ACCOUNT NUMBER 16107166 IN THE NAME OF OCTAVIO TREJO PATINO, JR., RONDA BAIRD CUSTODIAN. | ) ) ) ) ) ) | Misc No. 2:06mj114-CSC |

**O R D E R**

For good cause, it is

ORDERED that the hearing presently set for December 12, 2006, at 9:00 a.m. be and is hereby **RESET to 10:00 a.m.** on December 12, 2006, in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 6th day of December, 2006.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE